**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Application of CATERPILLAR CRÉDITO, SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE, SOCIEDAD FINANCIERA DE OBJETO MÚLTIPLE, ENTIDAD REGUALADA for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | ) ) ) ) ) ) ) ) ) Misc. Case No. _____ |

## *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Applicant, Caterpillar Crédito, Sociedad Anónima de Capital Variable, Sociedad Financiera de Objeto Múltiple, Entidad Regualada ("Caterpillar Crédito"), based upon the concurrently filed Memorandum of Law and its exhibits, incorporated herein by reference, including the sworn declarations of Eric de Vries and Joana Rego, and pursuant to 28 U.S.C. § 1782, respectfully applies to this Court for an order authorizing it to serve subpoenas substantially in the form of Exhibits A and B (the "Proposed Subpoenas") for the production of documents by Mastercard Incorporated ("Mastercard") and Visa Inc. ("Visa"). The Proposed Subpoenas direct Mastercard and Visa to produce documents for use in a proceeding in Curaçao against Caterpillar Crédito regarding the annulment of two personal guarantees given to Caterpillar Crédito (the "Curaçao Proceeding").

This application meets the requirements of Section 1782. Applicant Caterpillar Crédito, as a defendant, is an interested party in the Curaçao Proceeding and seeks discovery for use in that proceeding. Respondents Mastercard and Visa are each incorporated under the laws of Delaware, and thus reside in this District. Mastercard and Visa are not participants in the Curaçao Proceeding. Caterpillar Crédito is not using this application to circumvent the requirements of any foreign

tribunal, and there is no indication that the Curaçao court would not be receptive to the discovery. Finally, the discovery sought is highly relevant to the Curaçao Proceeding and is neither unduly intrusive nor burdensome. *See Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004).

Section 1782 applications are often received and granted *ex parte*, with any potential issues raised and resolved through a motion to quash made after a subpoena has been authorized and issued. *See, e.g.*, *In re Mota*, No. MC 19-00369 (MN), 2020 WL 95493, at *1 (D. Del. Jan. 8, 2020) ("Discovery applications under § 1782 are often granted *ex parte* because, *inter alia*, witnesses and other recipients can 'raise . . . objections and [otherwise] exercise . . . their due process rights by motions to quash.'") (citation omitted); *In re Mesa Power Grp. LLC*, No. 2:11-MC-270-ES, 2012 WL 6060941, at *4 (D.N.J. Nov. 20, 2012) ("[I]t is 'appropriate for this Court to issue the order on an *ex parte* basis, without prejudice to the rights of the subpoenaed parties to file a motion to vacate or quash' within thirty days of the issuance of this order.") (citation omitted).

WHEREFORE, Caterpillar Crédito respectfully requests that this Court enter an Order:

1. approving Caterpillar Crédito's application for discovery;
2. granting issuance of the Proposed Subpoenas substantially in the form in which they appear herein; and
3. directing Mastercard and Visa to produce the documents in their possession, custody, or control, as requested in the Proposed Subpoenas.

Dated: September 23, 2022

Respectfully submitted,

By: <u>*/s/Geoffrey G. Grivner*</u>
Geoffrey G. Grivner (Del. Id. No. 4711)
**BUCHANAN INGERSOLL & ROONEY PC**
500 Delaware Avenue, Ste. 720
Wilmington, Delaware 19801-9998
Telephone:  (302) 522-4200
Facsimile:  (302) 522-4295
Email: geoffrey.grivner@bipc.com

*Counsel for Applicant Caterpillar Crédito,*
*Sociedad Anónima de Capital Variable, Sociedad*
*Financiera de Objeto Múltiple, Entidad Regualada*